UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS CARMEN LAPORTE,

        Plaintiff,

vs.                                                            Civil Action No.:
                                                            1:20-CV-00288-SLC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## ORDER

    AND, NOW, this 15th day of July, 2020, upon consideration of Plaintiff's Motion for an extension of the briefing schedule,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due 30 days after Defendant files a supplemental transcript of the administrative proceedings in this matter.  Defendants must file the supplemental transcript by **August 14, 2020.**

    All subsequent dates will be governed by the District Court's standing order on Social Security appeals.

    The Clerk of Court is respectfully directed to close the Motion at ECF No. 13.

Entered: July 15, 2020                                      SO ORDERED
      New York, New York

                                                                    _____
                                                                      SARAH L. CAVE
                                                                      United States Magistrate Judge