

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 12, 2020

> The requested extension of time until **September 14, 2020** to file the supplemental certified record is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 15.
>
> SO ORDERED        8/13/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

By CM/ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re:   *Iris Carmen Laporte vs. Saul,* 1:20-cv-00288-SLC

Dear Judge Cave:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. Pursuant to a July 15, 2020 Order, the Commissioner is to file a supplemental certified administrative transcript containing a missing hearing transcript by August 14, 2020. The undersigned respectfully requests a 30-day extension of this deadline to September 14, 2020, to file the supplemental certified administrative record.

This is the Commissioner's first request for an extension of the deadline to file this supplemental certified administrative transcript. The extension is necessary because teleworking and other temporary workplace changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affected its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors. Over the past few months OAO has begun producing records using a virtual preparation process, and worked to expand and improve this process. Although the current process is working better, OAO needs additional transcription capacity from its transcript typing service contractors, as the effects of the pandemic have also resulted in staffing and processing problems for those contractors. Mindful that all claimants deserve Federal court review as soon as possible, OAO continues to increase its productivity and is working to increase the capacity of its transcription typing services.

Lastly, Plaintiff consents to the requested extension.

Thank you for Your Honor's consideration.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

By:   *Padma Ghatage*
       Padma Ghatage
       Special Assistant United States Attorney
       c/o Social Security Administration
       Office of General Counsel
       26 Federal Plaza, Room 3904
       New York, NY 10278
       Tel.: (212) 264-0981
       Fax:  (212) 264-6372
       padma.ghatage@ssa.gov

cc: Charles Binder, Esq.