U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

> The requested extension of time until **October 14, 2020** to file the supplemental certified administrative record is GRANTED.
>
> The clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 17.
>
> SO ORDERED        9/10/2020
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

September 9, 2020

By CM/ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Iris Carmen Laporte vs. Saul*, 1:20-cv-00288-SLC

Dear Judge Cave:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. The Commissioner is to file a supplemental certified administrative transcript by September 14, 2020. The undersigned respectfully requests a 30-day extension of this deadline to October 14, 2020, to file the supplemental certified administrative record.

This is the Commissioner's second request for an extension of the deadline to file this supplemental certified administrative transcript. The extension is necessary because teleworking and other temporary workplace changes starting in mid-March continue to significantly impact the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affect its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors. *See generally* July 28, 2020 Declaration by Executive OAO Director Jebby Rasputnis (Decl.) (attached). Over the past few months, OAO began producing records using a virtual preparation process, and has worked and continues to work to expand and improve this process. *See* Decl. ¶ 6. Although the current process has improved, the production issues resulting from effects of the COVID-19 pandemic require time to resolve, and OAO still needs additional transcription capacity from its transcript typing service contractors, as the effects of the pandemic have also resulted in staffing and processing problems for those contractors. *See* Decl. ¶ 7. Mindful that all claimants deserve Federal court review as soon as possible, OAO continues to work towards increasing its productivity, as well as the capacity of its transcription typing services. *See* Decl. ¶ 8. OAO has also taken steps to keep advocates informed of its challenges and continued efforts to meet those challenges and innovate work processes that allow it to continue operations while responding to public health safety concerns. *See* Decl. ¶ 9.

Lastly, Plaintiff consents to the requested extension.

Thank you for Your Honor's consideration.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

By:    *Padma Ghatage*
        Padma Ghatage
        Special Assistant United States Attorney
        c/o Social Security Administration
        Office of General Counsel
        26 Federal Plaza, Room 3904
        New York, NY 10278
        Tel.: (212) 264-0981
        Fax:  (212) 264-6372
        padma.ghatage@ssa.gov

cc: Charles Binder, Esq.