**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IRIS CARMEN LAPORTE,

                      Plaintiff,                      20 **CIVIL** 288 (SLC)

                    -v-                              **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 7, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign Plaintiff's case to a different Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
          May 7, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                               **BY:**
                                                               **Deputy Clerk**